# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

United States of America )
v. )
Malik Palin a/k/a "Gambino" ) Case No. 17-1359-M
)
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Oct 4-10, 2017__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591, 1594(a) | In or affecting interstate or foreign commerce, to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit by any means a person, or benefit financially or by receiving anything of value from participation in a venture which has engaged in such an act, knowing, or in reckless disregard of the fact, that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, or attempt to do so. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Glenn Booth
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/11/17

_____
*Judge's signature*

City and state: Philadelphia, PA     Hon. Marilyn Heffley, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

v.                               :     Mag. No. 17-1359

MALIK PALIN,                     :
   a/k/a "GAMBINO"

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Glenn Booth, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed over nineteen years. I am currently assigned to the Philadelphia Field Office, in particular to a squad responsible for investigating crimes committed against children, including but not limited to the sex trafficking of minors. My law enforcement training includes numerous hours of training related to crimes against children and child sex trafficking. Throughout my career, I have been involved in a high volume of cases involving child sex trafficking and child pornography and have participated in the execution of numerous arrests and search warrants. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41(a)(2)(C).

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging MALIK PALIN, a/k/a "GAMBINO," with violations of Title 18, United States Code, Section 1591, sex trafficking of a minor, which makes it a crime to, in or affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit by any means a person, or benefit financially or by receiving anything of value

from participation in a venture which has engaged in such an act, knowing, or in reckless disregard of the fact, that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, and Title 18, United States Code, Section 1594(a), attempted sex trafficking of a minor.

3.  The information contained in this affidavit includes both information learned personally by me, as well as information provided to me by other witnesses and law enforcement officers in the course of the investigation. Because this affidavit is intended solely to demonstrate probable cause justifying the application for a criminal complaint and arrest warrant, the affidavit does not include all of the information known to me or to other law enforcement officers regarding the investigation.

## FACTS SUPPORTING PROBABLE CAUSE

4.  The FBI is working with a confidential informant (hereinafter known as "CI") who posted a prostitution advertisement on Backpage.com on approximately September 27, 2017, indicating that she was available to engage in commercial sex acts and providing a phone number for sex buyers to call. On October 4, 2017, a person identifying himself as "GAMBINO" from the New York area (hereinafter "GAMBINO") contacted CI by text message, and stated, "Wassup gorgeous no disrespect but you got an intelligent gentlemen [sic] wanting to know if you thought about changing your current situation to one under certified instructions and understanding if you want to know more we can talk." CI subsequently responded, "Hi In [sic] Sunshine I got a text from you. And no disrespect taking by your message to tell me more what your name in what city are you and how would I be benefitting from being under your certified instruction." GAMBINO replied, "Well how you doing love I'm GAMBINO I'm Currently in New York Rite Now I'm A Man of Business An Respect Definitely Hitting For Bands You will benefit for Me Because I know the Game I will show you how to get to it the right way long as you loyal An ready to stay down

for this come up let me cause it's definitely worth it when somebody know the game." I know from my training and experience working child sex trafficking investigations that GAMBINO was referring to "the Game," which means prostitution, claiming to be a pimp, and attempting to recruit CI to work for him as a prostitute after seeing her escort advertisement on Backpage.com.

     5.     After advising GAMBINO that she was located in the Philadelphia area, the following text conversation occurred, in which CI asked what GAMBINO could offer her, and indicated that she was 16 years old:

> CI: Ok cool so what make you better then [sic] the rest of these so called daddy's out here I heard all before
>
> GAMBINO: I'm loyal An I'm respectful An I stand on my word I live by the Game.
>
> CI: So what is it that you can offer me [or] provide that I alright don't have.
>
> GAMBINO: I don't know your situation but I'm stable sweatheart [sic] car everything.
>
> CI : Ok well what do you provide for a place to stay do you provide dates my clothing or I'm supplies I need like condoms wiped etc and where will I be working at.
>
> GAMBINO: I take care of everything Babygirl [sic]. You will be working in & outcalls. I mobile so I to move around you will be staying with me.
>
> CI: Oh OK so would you like to know how old I'm before I give my phone number to call me.
>
> GAMBINO: Definitely. How old are you An how come I can't keep a pic.
>
> CI: I'm 16 I'm a run away I'm not from here I'm from Raleigh nc u been meeting girls n working w them for past fees months. I don't like sending pic because of my age I'm not trying to be found or how you not gonna use them.
>
> GAMBINO: Sweetheart I'm not a cop or somebody that's looking for I you I just like to know who I'm talking to I sent you my pic so you know I'm not on no bullshit.

During the text conversations, GAMBINO sent an image of a black male with a moustache and beard who was wearing a red hat. The male was depicted making the universal "I love you" sign with his right hand. I know based on my training and experience that the term "daddy" is used to

mean a pimp or trafficker, and the terms "in & outcalls" refer to commercial sex acts conducted either on location at a hotel or residence ("incall") or at the sex buyer's location ("outcall").

6. Later in the text conversation, CI asked, "Does my age bother you at all." GAMBINO responded, "It so but I know how to move. So not really."

7. On the evening of October 4, 2017, CI conducted a consensually recorded telephone conversation with GAMBINO, in which he explained to CI how he would provide for her as her pimp. The following are partial excepts of that conversation:

> CI: How would this work? Like, would you come here and get me or?
>
> GAMBINO: Yea. I told you I'm mobile. I have a car.
>
> CI: I just gotta make sure that I'm not getting myself in a situation like I was before where, you know, person told me they had me, they'd take care of everything room and board, like...
>
> GAMBINO: Yea
>
> CI: Is there a fee, or do we keep everything, like how does, I don't even know myself what I'm getting...
>
> GAMBINO: What?
>
> CI: I need know for myself, like, what am I getting myself into. Are you get a fee, do you get everything, like what am I getting into...
>
> GAMBINO: Basically you get yourself next to me, I mean like, I'm a take care of everything that you need to be taken care of [UI] you will be well taken care of
>
> CI: Well taken care of?
>
> GAMBINO: Well taken care of. What I mean by well taken care of any and everything you need is gonna be taken care of
>
> CI: Place to stay, [UI] dates...
>
> GAMBINO  Place to stay, food, clothes, tellies, all that, everything, everything basically, basically everything that comes with the game.
>
> CI: Ok. So like, you provide the dates, or?
>
> GAMBINO: Yeah. I post you, and all that.
>
> CI: Ok. And you buy all my supplies and everything?

>GAMBINO: Everything. Everything. All you gotta to is, all you gotta do, all you gotta do is just work. Everything else is, everything else is gonna be taken care of, finances…
>
>CI: Is it just me, or is it like, other girls, that, that where I'll be with, or
>
>GAMBINO: Yeah, it, its, it will be you and somebody else, but, I don't, like, some females, they don't like to be around other people, so I don't know how your people skills is…

The telephone conversation continued, and GAMBINO indicated that he wanted to travel to Philadelphia to pick up CI on Monday, October 9, 2017, at which time she would start working for him as a prostitute.

8. On October 5, 2017, the following text conversation occurred, in which GAMBINO indicated that he was ready to come to Philadelphia to get CI:

>GAMBINO: What's wrong
>
>CI: My day is not going right
>
>GAMBINO: Damn I'm waiting on you so we can make that move
>
>CI: I know well remember I told this girl been helping me out right
>
>GAMBINO: Yes talk to me
>
>CI: I'm still good with having a room but acting funny today about posting me up I guess my phone rings more then her's lol any its stressing out cause I'm trying to make that fee for you so when I see you Monday or Tuesday my money right and male you a happy man. I need get posted asap.
>
>GAMBINO: I understand Babygirl if you want me to come An get you let me know. I got to get coins.
>
>CI: …if you can post me up know that would be great I'm a rider I like have my money right.
>
>GAMBINO: How much you made so far. I'm post you. Yea you ad not up.
>
>CI: Yeah u think she took it down
>
>GAMBINO: I'm looking now…

Later, the conversation continued as follows:

        GAMBINO: I think it's time you change your situation if she moving like that. I'm get coins I need more I only got 4 dollars left in coins.

        CI: OK thank you so much just let me know when you to post me.

9. On the same date, GAMBINO indicated via text that he was ready to pick up the CI. He further stated, "I'm just ready to speed the process up" and "I'm telling you let me come get you." GAMBINO also stated, "Fuck all that wait to Monday shit ma lets get this ball rolling" and "Make daddy proud." CI responed by stating, "I understand you wanna start now so call me tomorrow around 11 am right now I'm getting ready to do an overnight call."

10. On October 6, 2017, GAMBINO stated he was en route from New York to pick up CI at the Motel 6, for which she provided him an address of 11580 Roosevelt Boulevard, Philadelphia, PA. Several hours passed and CI asked GAMBINO what time he was going to arrive. GAMBINO asked CI, "you on some bullshit" and stated, "You playing games." GAMBINO then called several times angry on the phone, saying he was coming and that she "pissed him off" because she wasn't giving him time to get there. GAMBINO stated that based on her age, he doesn't have time for "fuckery" and that he's being cautious of how to move with her and she knows the risk that comes with being with him and her age. GAMBINO stated he was 26 years old and that he had her by 20 years. CI then told GAMBINO she was going to "chill out" and that she was "out."

11. Throughout the holiday weekend of October 7-9, 2017, GAMBINO proceeded to text CI and ask how much money CI was making and how her "fee" was coming along. He also repeatedly indicated that he was ready to come and get her. On October 9, 2017, GAMBINO called CI and arranged to meet her the following day.

12. On Tuesday, October 10, 2017, CI gave GAMBINO the address of Four Points Sheraton hotel located 9461 Roosevelt Boulevard, Philadelphia, PA 19114, via text message.

13. On October 10, 2017, GAMBINO, identified as MALIK PALIN, DOB ███ arrived at the Four Points Sheraton. PALIN was speaking to CI on the phone while walking into the hotel. PALIN arrived at room number 119, to which CI had told him to come, and was subsequently arrested. PALIN appeared to be the same person as the photo purportedly of himself that he had previously sent to the CI via text message. At the time of the arrest, FBI SA Michael Bronisz called phone number 347-479-2163, which was the phone number the CI was using to communicate with GAMBINO via text message, in the presence of PALIN and PALIN's phone started ringing.

## CONCLUSION

14. Based upon the foregoing information, your affiant submits that probable cause exists that on between on or about October 4, 2017, through on or about October 10, 2017, MALIK PALIN a/k/a "GAMBINO" knowingly engaged, and attempted to engage, in sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591 and 1594(a). Accordingly, I respectfully submit that there is probable cause and request the issuance of an arrest warrant for MALIK PALIN a/k/a "GAMBINO."

Glenn G. Booth
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 11TH day of October, 2017.

HONORABLE MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE